IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    15-cr-00268-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    ABEL AGUILERA-VALDEZ,
2.    LAWRENCE CORTEZ,
3.    GABRIEL GARCIA-ORTEGA,
4.    WALTER GUILLEN-BALTIERREZ,
5.    RAYMUNDO JIMENEZ-AYALA,
6.    ALAZON LEROUX,
7.    SONNY MAYER,
8.    MARTIN TOLEDO,
9.    ROXXANNE VIGIL,

      Defendants.

---

ORDER (DOCKET #100)

---

THIS MATTER comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the government's motion is granted, and that Grand Jury testimony and Grand Jury exhibits may be disclosed to the defendants through their respective attorneys in the course of discovery in this case.    It is further

ORDERED that such materials shall only be used in defending this case; that such materials shall be disclosed only to the defendants and counsel for the defendants; that the defendants' attorneys shall maintain custody of such materials, and shall not reproduce or

disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED this 4th day of August, 2015.

BY THE COURT:

_____
JUDGE RAYMOND MOORE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO