PS 42
(8/98 D/CO)

# United States District Court
## District of Colorado

United States of America  )
  )
vs  )
  )
Lawrence Cortez  )   Docket No. 1:15-cr-00268-RPM-02
  1:15-cr-00269-WJM-02

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Lawrence Cortez, consent to this modification of my release conditions and agree to abide by this modification.

1) Undergo a mental health evaluation (including a psychological evaluation) and treatment as deemed necessary.

_____  Aug 21 15    _____    8/21/15
Signature of Defendant    Date    Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    8/21/15
Signature of Defense Counsel    Date

_____    8.25.15
Signature of Assistant U.S. Attorney    Date

[X]  The above modification of conditions of release is ordered, to be effective on
*25 Aug 2015*

[ ]  The above modification of conditions of release is not ordered.

_____    *25 Aug 2015*
Signature of Judicial Officer    Date
Craig B. Shaffer
United States Magistrate Judge