CO-PS8
(12/14-D/CO)

# United States District Court
# for the District of Colorado

U.S.A. vs. Lawrence Cortez                    Docket Nos.  1:15-cr-00268-RPM-02
                                                          1:15-cr-00269-WJM-02

## Petition for Action on Conditions of Pretrial Release

Comes now, Joshua T. Roth, Probation Officer of the Court, presenting an official report upon the conduct and attitude of defendant Lawrence Cortez, who was placed under pretrial release supervision by the Honorable Craig B. Shaffer, sitting in the Court at Denver, Colorado, on July 1, 2015.  As noted in the Order Setting Conditions of Release (Document #74 in Docket No. 1:15-cr-00268-RPM-02 and Document #24 in Docket No. 1:15-cr-00269-WJM-02), the Court ordered conditions of pretrial release.

### Respectfully presenting petition for action of the Court and for cause as follows:

1. On July 22, 2015, the defendant attended a substance abuse assessment with Independence House, located at 2765 South Federal Boulevard, Denver, Colorado 80236.  Mental Health/Substance Abuse Therapist Vincent Cobb, whom conducted the assessment, recommended the defendant undergo a psychological evaluation to rule out Post-Traumatic Stress Disorder, Anxiety Disorder, and Paranoid Personality Disorder.

RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER the defendant undergo a mental health evaluation and treatment as deemed necessary.

### ORDER OF THE COURT

Considered and ordered filed and made a part of the record in the above case.

I declare under the penalty of perjury that the foregoing is true and correct.

*s/ Joshua T. Roth*

Joshua T. Roth
U.S. Probation Officer

Craig B. Shaffer
U.S. Magistrate Judge

Date:   August 24, 2015

Date:   August 20, 2015